UNITED STATES COURT OF INTERNATIONAL TRADE　　　　FORM 7A

SOUTHERN CARLSON, INC. ET AL.,

　　　　　　　　　　　　Plaintiff,

　v.

UNITED STATES OF AMERICA

　　　　　　　　　　　　Defendant.

Court No. 20-00056

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: February 23, 2024

Lizbeth R. Levinson
Brittney R. Powell
_____
Attorney for Plaintiff

2020 K Street NW, Suite 500 East
_____
Street Address

Washington, D.C. 20006
_____
City, State and Zip Code

(202) 361-3100
_____
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____　　　Clerk, U. S. Court of International Trade

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-00056 | SOUTHERN CARLSON, INC. ET AL., |

Order of Dismissal

     This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                          Clerk, U. S. Court of International Trade

                                          By: _____
                                                     Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)